## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 739 CAP |
| | : | |
| Appellee | : | Appeal from the Judgment of |
| | : | Sentence entered April 23, 1990 in |
| | : | the Court of Common Pleas, |
| v. | : | Philadelphia County, Criminal |
| | : | Division at No. CP-51-CR-1031751- |
| | : | 1988. (Nunc Pro Tunc appeal rights |
| HENRY DANIELS, | : | reinstated on April 28, 2017.) |
| | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**                                    **DECIDED:  October 15, 2020**

**AND NOW,** this 15th day of October, 2020, the appeal is **QUASHED**. *See Commonwealth v. Reid*, 235 A.3d 1124 (Pa. 2020) (quashing serial appeal after concluding *Williams v. Pennsylvania*, ___ U.S. ___, 136 S.Ct. 1899 (2016), does not provide exception to timeliness requirements of Post-Conviction Relief Act (PCRA), 42 Pa.C.S. §§9541-9546, and thus PCRA court lacked jurisdiction to reinstate appellate rights *nunc pro tunc*).

Justice Donohue files a concurring statement.

Justice Wecht files a concurring statement.